UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | |
| versus | : | CRIMINAL NO. 97-68-B-M3 |
| EMERSON C. NEWMAN | : | |

ORDER TO RELEASE, NULLIFY
AND SET ASIDE INJUNCTION

CONSIDERING the foregoing Joint Motion to Release, Nullify and Set Aside Injunction,

IT IS ORDERED, ADJUDGED AND DECREED that the Injunction rendered on August 19, 2003 in the above captioned matter is hereby released, nullified and is set aside.

Baton Rouge, Louisiana, September 9, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA